**BANK OF BLOOMSDALE,**
**Respondent,**

v.

**SUNSHINE VILLAS LAND HOLDING**
**COMPANY, LLC, Appellant.**

ED 102946

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

FILED: March 8, 2016

Motion for Rehearing and/or Transfer
to Supreme Court Denied April
12, 2016

Application for Transfer Denied
May 24, 2016

Bob Kister, PO Box 156, 1349 McNutt
Rd., Herculaneum, Missouri 63048, for Appellant.

Terry R. Rottler, 296 Market Street, PO
Box 506, St. Genevieve, Missouri 63670, for
Respondent.

Before Robert G. Dowd, Jr., P.J., Mary
K. Hoff, J., and Roy L. Richter, J.

*ORDER*

PER CURIAM

Sunshine Villas Land Holding Company,
LLC ("Appellant") appeals from the trial
court's judgment following a bench trial
granting Bank of Bloomsdale's ("Respondent's") request for reformation and denying all other relief sought by the parties.
We have reviewed the briefs of the parties
and the record on appeal and find no error
of law. No jurisprudential purpose would
be served by a written opinion. However,
the parties have been furnished with a memorandum for their information only,
setting forth the facts and reasons for this
order.

The judgment is affirmed pursuant to
Rule 84.16(b).